IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

VICKY PARSON,            )
                         )
    Plaintiff,           )
                         )
v.                       )   Cause No.: 05-2122-MlV
                         )
DAIMLERCHRYSLER CORPORATION, )
                         )
                         )
    Defendant.           )

### ORDER OF SPECIAL ADMISSION FOR GARY M. SMITH, ESQ. AND DAVID W. GEARHART, ESQ.

It appearing to this Court that Gary M. Smith, Esq. and David W. Gearhart, Esq. of the law firm of Lewis, Rice & Fingersh, L.C. of St. Louis, Missouri, have met all the requirements of Local Rule 83.1.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Gary M. Smith, Esq. and David W. Gearhart, Esq. of the law firm of Lewis, Rice & Fingersh, L.C. of St. Louis, Missouri are admitted specially pro hac vice for the purpose of acting as attorneys for this case in this Court on behalf of defendant DaimlerChrysler Corporation.

Entered this 21 day of April, 2005.

UNITED STATES DISTRICT JUDGE

1192987.1    This document entered on the docket sheet in compliance
             with Rule 58 and/or 79(a) FRCP on 4-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02122 was distributed by fax, mail, or direct printing on April 22, 2005 to the parties listed.

---

Gary M. Smith
LEWIS RICE & FINGERSH
500 North Broadway
Ste. 2000
St. Louis, MO 63102

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

David W Gearheart
LEWIS RICE & FINGERSH L.C.
500 N. Broadway
Ste 2000
St. Louis, MO 63102

Honorable Jon McCalla
US DISTRICT COURT