FILED BY ___ D.C.

05 MAY 16 PM 3: 27

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| VICKY PARSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 05-2122-MIV |
| ) | |
| DAIMLERCHRYSLER CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## JOINT SCHEDULING ORDER

Plaintiff Vicky Parson ("Plaintiff") and defendant DaimlerChrysler Corporation ("Defendant"), pursuant to Fed.R.Civ.P. 26(f), submit the following Joint Proposed Scheduling Order and Report of Scheduling Meeting:

1. On May 11, 2005, a planning and scheduling meeting was held by James E. King, Jr., attorney for Plaintiff, and Gary M. Smith, attorney for Defendant DaimlerChrysler Corporation. The parties [agreed to] the following:

**INITIAL DISCLOSURES PURSUANT TO FED.R.CIV.P. 26(a)(1)**: June 2, 2005.

**JOINING PARTIES**: July 8, 2005.

**AMENDING PLEADINGS**: July 8, 2005.

**INITIAL MOTIONS TO DISMISS**: August 19, 2005.

**COMPLETING ALL DISCOVERY**: Requested in time to be completed by no later than January 18, 2006.

(a) **DOCUMENT PRODUCTION**: Requested in time to be completed by no later than January 18, 2006

---

1202241.2

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on 5-19-05

(b) **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS**: Requested in time to be completed by no later than January 18, 2006.

(c) **EXPERT WITNESS DISCLOSURE (Rule 26)**:

(1) **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION**: November 18, 2005.

(2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION**: December 16, 2005.

(3) **EXPERT WITNESS DEPOSITIONS**: By January 18, 2006.

**FILING DISPOSITIVE MOTIONS**: February 17, 2006.

**OTHER RELEVANT MATTERS**:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filing that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 3-4 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed.R.Civ.P. 12, 56, 59 and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

*/s/ Diane K. Vescovo*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: May 16, 2005

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02122 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

David W Gearheart
LEWIS RICE & FINGERSH L.C.
500 N. Broadway
Ste 2000
St. Louis, MO 63102

Gary M. Smith
LEWIS RICE & FINGERSH
500 North Broadway
Ste. 2000
St. Louis, MO 63102

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT