IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN -8 PM 4: 14

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

VICKY PARSON, )
  )
  Plaintiff, )
  )
v. ) No. 05-2122 Ml/V
  )
DAIMLERCHRYSLER CORPORATION, )
  )
  Defendant. )
  )

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on May 19, 2005, by United States Magistrate Judge Diane K. Vescovo. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last three to four (3-4) days, is set to begin <u>Monday, April 24, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Monday, April 17, 2006 at 8:45 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>April 10, 2006</u>.

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 8 day of June, 2005.

/s/ Jon P. McCalla
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02122 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

David W Gearheart
LEWIS RICE & FINGERSH L.C.
500 N. Broadway
Ste 2000
St. Louis, MO 63102

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Gary M. Smith
LEWIS RICE & FINGERSH
500 North Broadway
Ste. 2000
St. Louis, MO 63102

Honorable Jon McCalla
US DISTRICT COURT