IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 26 PM 3: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

VICKI PARSON,

    Plaintiff,

v.                                    Case No. 05-2122-MlV

DAIMLERCHRYSLER CORPORATION,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Appearing to this Court that Defendant's Motion for an Extension of Time is unopposed and well taken, the Court exercising its discretion finds that good cause is shown to allow Defendant an extension of time, up to and including August 15, 2005, in which to file it's opposition to Plaintiff's Motion for Leave to Amend Complaint.

IT IS, THEREFORE, ORDERED that Defendant be granted up until August 15, 2005, in which to file its opposition to Plaintiff's Motion for Leave to Amend Complaint.

                              Diane K. Vescovo
                             United States ~~District~~ Judge
                             Magistrate

Dated: July 26, 2005

1220411.1   This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on  7-27-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CV-02122 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

David W Gearheart
LEWIS RICE & FINGERSH L.C.
500 N. Broadway
Ste 2000
St. Louis, MO 63102

Gary M. Smith
LEWIS RICE & FINGERSH
500 North Broadway
Ste. 2000
St. Louis, MO 63102

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT