Case 2:05-cv-02122-JPM-dkv   Document 26   Filed 12/12/05   Page 1 of 2   PageID 33



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ CaS ___ D.C.

2005 DEC 12  PM 1:56

THO___
CLERK, US ___
W/D OF ___

VICKIE PARSON,

    Plaintiff,

v.                                            Case No. 05-2122-MIV

DAIMLERCHRYSLER CORPORATION,

    Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW plaintiff Vickie Parson, by and through her undersigned counsel, and defendant DaimleryChrysler Corporation, by and through its undersigned counsel, and herein stipulate and agree to the dismissal of the above-captioned matter with prejudice. Each party is to bear her/its own costs and expenses.

Respectfully Submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By: _____
Gary M. Smith
David W. Gearhart
500 North Broadway, Suite 2000
St. Louis, MO 63102
(314) 444-7600
(314) 241-6056 (facsimile)
Email: gsmith@lewisrice.com

ATTORNEYS FOR PLAINTIFF

SO ORDERED:
Date: Dec. 13, 2005

**ESKINS, KING & SEVIER, P.C.**

By: _____
James E. King., Jr.
50 North Front Street, Suite 1170
Memphis, TN 38103
(901) 578-6902
(901) 578-8690 (facsimile)

ATTORNEYS FOR DEFENDANT

_____
Judge

1256481.1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CV-02122 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Gary M. Smith
LEWIS RICE & FINGERSH
500 North Broadway
Ste. 2000
St. Louis, MO 63102

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

David W Gearheart
LEWIS RICE & FINGERSH L.C.
500 N. Broadway
Ste 2000
St. Louis, MO 63102

Honorable Jon McCalla
US DISTRICT COURT