IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| VICKIE PARSON, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-2122 Ml/V |
| DAIMLERCHRYSLER CORPORATION, | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Stipulation for Dismissal with Prejudice,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation for Dismissal with Prejudice, entered December 13, 2005, this case is DISMISSED with prejudice.

APPROVED:

JON P. McCALLA
UNITED STATES DISTRICT COURT

Dec, 13, 2005
Date

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CV-02122 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Gary M. Smith
LEWIS RICE & FINGERSH
500 North Broadway
Ste. 2000
St. Louis, MO 63102

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

David W Gearheart
LEWIS RICE & FINGERSH L.C.
500 N. Broadway
Ste 2000
St. Louis, MO 63102

Honorable Jon McCalla
US DISTRICT COURT